**DENY and Opinion Filed March 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00688-CV**

**IN RE CONNIE PARKER ON BEHALF OF LOUIS HENYARD, Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18116**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

In this original proceeding, relator seeks relief from the trial court's August 5, 2021 discovery order, which denied in part a motion to compel production of certain documents pursuant to the stay of discovery found in Texas Civil Practice and Remedies Code section 74.351(s). *See* TEX. CIV. PRAC. & REM. CODE § 74.351(s). To be entitled to mandamus relief, relator must demonstrate that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

In light of the Texas Supreme Court's recent decision in *In re LCS SP, LLC*, No. 20-0694 (Tex. Feb. 25, 2022) (orig. proceeding), we conclude that relator has failed to demonstrate a clear abuse of discretion. Accordingly, we deny the petition

for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by our August 20, 2021 order.

210688f.p05                          /Leslie Osborne//
                                     _____
                                     LESLIE OSBORNE
                                     JUSTICE